IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
TOPEKA DIVISION

| | |
|---|---|
| MARY UBEL, <br><br> Plaintiff, <br><br> v. <br><br> GREAT AMERICAN ALLIANCE INSURANCE COMPANY, <br><br> Defendant. | Case No. |

**NOTICE OF REMOVAL**

COMES NOW Defendant Great American Alliance Insurance Company ("Defendant"), through the undersigned counsel, and, pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, hereby gives notice of its removal of the above-styled matter from the District Court of Pottawatomie County, Kansas to The United States District Court for the District of Kansas, Topeka Division. In support of removal, Defendant states as follows:

1. On July 18, 2020 Plaintiff Mary Ubel ("Plaintiff") commenced a civil action in the District Court of Pottawatomie County, Kansas, Case No. 2020-CV-0000039 ("state court action") against Great American Insurance Group. On July 29, 2020, Plaintiff filed her First Amended Petition in the state court action naming Defendant Great American Alliance Insurance Company as Defendant and removing Great American Insurance Group from the pleading.

2. Plaintiff effectuated service of the summons on Defendant by having a copy of the summons and First Amended Petition submitted to Defendant by the Commissioner of Insurance on August 3, 2020.

3. Plaintiff is a citizen of Pottawatomie County, Kansas.

4. Defendant is an Ohio Corporation with its principle place of business in Ohio.

5. The monetary jurisdictional prerequisite to federal jurisdiction under 28 U.S.C. § 1332(a) is satisfied. Plaintiff has pled an entitlement to an amount in excess of $75,000 in her First Amended Petition. Plaintiff has not stipulated that she will be seeking less than $75,000. Therefore, the state court action is one which may be removed to this Court pursuant to 28 U.S.C. §§1332(a) and 1441. Accordingly, this Court has jurisdiction over the parties and subject matter of the state court action.

6. Plaintiff completed service of process of the First Amended Petition on August 3, 2020 and Defendant's counsel entered their appearances on August 4, 2020. Plaintiff's First Amended Petition named Great American Alliance Insurance Company as a Defendant. Therefore, pursuant to 28 U.S.C. §1446(b), this Notice is being filed within the requisite thirty (30) days from the date of service of process and the date the case became removable.

7. A copy of all pleadings and papers which have been filed in the state court action are attached hereto as Exhibit A.

8. Contemporaneous with the filing of this Notice and pursuant to 28 U.S.C. §1446(d) and Local Rule 81.1, written notice of service of this filing has been provided to Plaintiff through her attorney of record. A copy of that Notice is attached hereto as Exhibit B.

9. Contemporaneous with the filing of this Notice and pursuant to 28 U.S.C. §1446(d) and Local Rule 81.1, written notice has been filed with the Clerk of the District Court of Pottawatomie County, Kansas. A copy of that Notice is attached hereto as Exhibit C.

10. Pursuant to Local Rule 81.1, the Topeka Division of this Court is the proper division for a removal of the state court action, which was pending in Kansas' Second Judicial District at the time of removal.

WHEREFORE, Defendant Great American Alliance Insurance Company hereby requests that the state court action be removed from the District Court of Pottawatomie County, Kansas to this Court.

Respectfully submitted,

**BATY OTTO CORONADO PC**

/s/ Mark D. Katz
_____
Mark D. Katz               KBN 12745
Kevin E. Miller            KBN 27259
4600 Madison Avenue, Suite 210
Kansas City, MO 64112
Telephone:  (816) 531-7200
Facsimile:   (816) 531-7201
mkatz@batyotto.com
kmiller@batyotto.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed with the Court via the its electronic filing system on August 11, 2020 and served via electronic mail and U.S. mail, first-class postage prepaid to the attorney for Plaintiff, as follows:

Jerry K. Levy
Law Offices of Jerry K. Levy, P.A.
4840 Bob Billings Parkway, Suite 1010
Lawrence, Kansas 66049
bkmhwks@earthlink.net

/s/ Mark D. Katz
_____
Attorney for Defendant