ELECTRONICALLY FILED
2020 Jul 18 PM 1:39
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-000039

Jerry K. Levy, #06591
Law Offices of Jerry K. Levy, P.A.
4840 Bob Billings Parkway, Suite 1010
Lawrence, Kansas 66049
Telephone: 785-749-1323
Fax: 785-749-1202
bkmhwks@earthlink.net
Attorney for Plaintiff

### IN THE DISTRICT COURT OF POTTAWATOMIE COUNTY, KANSAS

| | |
|---|---|
| MARY UBEL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2020 CV _____ |
| GREAT AMERICAN INSURANCE GROUP, ) | |
| ) | |
| Defendant. ) | |
| _____ _____) | |

Pursuant to Chapter 60 of K.S.A.

### PETITION

COME NOW the plaintiff and for her claim against the defendant allege and state:

1. The plaintiff is a resident of Pottawatomie County, Kansas.

2. The defendant is an insurance company as defined by K.S.A. 40-201, and may be served with summons by serving the Insurance Commissioner of the State of Kansas, pursuant to K.S.A. 60-304(g).

3. At all times material hereto the plaintiff was a named insured on a policy of insurance issued by the defendant with policy number E497853-00.

4. The insurance policy in question provided coverage for damage to property owned by the plaintiff in Pottawatomie County.

1

EXHIBIT A

5.  The covered property included a structure containing an arena used for training horses.

6.  On or about December 20, 2019, the arena received major damage due to sprinkler failure.

7.  The loss was timely reported by plaintiff to defendant.

8.  The plaintiff has allowed multiple inspections of the arena by representatives of the defendant.

9.  The plaintiff has submitted to an examination under oath.

10. Plaintiff has submitted invoices and estimates for damage repair to the arena in a timely manner.

11. Plaintiff has fully cooperated with the defendant and met all conditions of the insurance policy.

12. The defendant has negligently refused without just cause or excuse to pay the full amount of the covered loss by plaintiff.

13. Defendant has breached its contract of insurance with plaintiff.

WHEREFORE, plaintiff prays for judgment, including plaintiff's attorney's fees, and costs, in an amount in excess of $75,000.00.

Respectfully Submitted;

 /s/ Jerry K. Levy
Jerry K. Levy, #06591
Law Offices of Jerry K. Levy, P.A.
4840 Bob Billings Parkway, Suite 1010
Lawrence, Kansas 66049
Telephone: 785-749-1323
Fax: 785-749-1202
Attorney for Plaintiff

DEMAND FOR JURY TRIAL

COMES NOW plaintiff, Mary Ubel, by and through her attorney of record and hereby

demands a trial by jury on all issues.

 /s/ Jerry K. Levy
Jerry K. Levy, #06591

ELECTRONICALLY FILED
2020 Jul 18 PM 1:39
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-000039

Mary Ubel

vs.

Great American Insurance Group

**SUMMONS**

# Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**Great American Insurance Group**
**C/O Insurance Commissioner, 1300 S.W. Arrowhead Rd**
**Topeka, KS  66604**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Jerry K. Levy

Jerry K. Levy

4840 Bob Billings, Suite 1010

Lawrence, KS 66049

within 21 days after service of summons on you.



Clerk of the District Court
Electronically signed  on 07/20/2020 08:07:31 AM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2020 Jul 28 PM 12:36
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000039

**STATE OF KANSAS**
**DEPARTMENT OF INSURANCE**

# COMMISSIONER'S PROOF OF SERVICE

Mary Ubel

Plaintiff

VS.

Great American Insurance Group

Defendant

Case Number 2020-CV-000039


District Court
Pottawatomie County
Westmoreland, Kansas


I, Vicki Schmidt, Commissioner of Insurance, do hereby certify that on July 23, 2020, I received the Summons and Petition in the above captioned case.  Service was not made for the reasons set forth below.

Pursuant to K.S.A. 40-218, service was not made and the documents were returned to the Clerk on July 24, 2020, for the following reasons:

> *$25 Service Fee not received.*
>
> *40 days was not provided for answer.*
>
> *Great American Insurance Group is a group of companies and not an individual entity upon which service may be made through this office.  Please determine which company you wish served, correct the papers and return them to this office.*

# NOT SERVED

Vicki Schmidt
Commissioner of Insurance

BY:

Justin L. McFarland
General Counsel

**ELECTRONICALLY FILED**
2020 Jul 18 PM 1:39
, CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-000039

Mary Ubel

vs.

Great American Insurance Group

**SUMMONS**

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**Great American Insurance Group**
**C/O Insurance Commissioner, 1300 S.W. Arrowhead Rd**
**Topeka, KS  66604**

You *are hereby notified that an* action has been commenced against you in this court. You are required to file your
answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Jerry K. Levy
Jerry K. Levy
4840 Bob Billings, Suite 1010
Lawrence, KS 66049

within 21 days after service of summons on you.

Clerk of the District Court
Electronically signed  on 07/20/2020 08:07:31 AM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2020 Jul 18 PM 1:39
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000039

Jerry K. Levy, #06591
Law Offices of Jerry K. Levy, P.A.
4840 Bob Billings Parkway, Suite 1010
Lawrence, Kansas 66049
Telephone: 785-749-1323
Fax: 785-749-1202
bkmhwks@earthlink.net
Attorney for Plaintiff

## IN THE DISTRICT COURT OF POTTAWATOMIE COUNTY, KANSAS

| | |
|---|---|
| MARY UBEL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 2020 CV _____ |
| GREAT AMERICAN INSURANCE GROUP, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to Chapter 60 of K.S.A.

### PETITION

COME NOW the plaintiff and for her claim against the defendant allege and state:

1. The plaintiff is a resident of Pottawatomie County, Kansas.

2. The defendant is an insurance company as defined by K.S.A. 40-201, and may be served with summons by serving the Insurance Commissioner of the State of Kansas, pursuant to K.S.A. 60-304(g).

3. At all times material hereto the plaintiff was a named insured on a policy of insurance issued by the defendant with policy number E497853-00.

4. The insurance policy in question provided coverage for damage to property owned by the plaintiff in Pottawatomie County.

1

5. The covered property included a structure containing an arena used for training horses.

6. On or about December 20, 2019, the arena received major damage due to sprinkler failure.

7. The loss was timely reported by plaintiff to defendant.

8. The plaintiff has allowed multiple inspections of the arena by representatives of the defendant.

9. The plaintiff has submitted to an examination under oath.

10. Plaintiff has submitted invoices and estimates for damage repair to the arena in a timely manner.

11. Plaintiff has fully cooperated with the defendant and met all conditions of the insurance policy.

12. The defendant has negligently refused without just cause or excuse to pay the full amount of the covered loss by plaintiff.

13. Defendant has breached its contract of insurance with plaintiff.

WHEREFORE, plaintiff prays for judgment, including plaintiff's attorney's fees, and costs, in an amount in excess of $75,000.00.

Respectfully Submitted;

_/s/_ Jerry K. Levy
Jerry K. Levy, #06591
Law Offices of Jerry K. Levy, P.A.
4840 Bob Billings Parkway, Suite 1010
Lawrence, Kansas 66049
Telephone: 785-749-1323
Fax: 785-749-1202
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

COMES NOW plaintiff, Mary Ubel, by and through her attorney of record and hereby

demands a trial by jury on all issues.

_/s/_ Jerry K. Levy
Jerry K. Levy, #06591

3

ELECTRONICALLY FILED
2020 Jul 29 PM 2:28
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-000039

Mary Ubel

vs.

Great American Insurance Group

**ALIAS SUMMONS**

# Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**Great American Alliance Insurance Company**
**C/O Insurance Commissioner, 1300 S.W. Arrowhead Rd**
**Topeka, KS  66604**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Jerry K. Levy

Jerry K. Levy

4840 Bob Billings, Suite 1010

Lawrence, KS 66049

within 40 days after service of summons on you.

Clerk of the District Court
Electronically signed  on 07/29/2020 03:56:00 PM

**Documents to be served with the Summons:**
PLE: Amended Petition First Amended Petition

ELECTRONICALLY FILED
2020 Jul 29 PM 2:28
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-000039

Jerry K. Levy, #06591
Law Offices of Jerry K. Levy, P.A.
4840 Bob Billings Parkway, Suite 1010
Lawrence, Kansas 66049
Telephone: 785-749-1323
Fax: 785-749-1202
bkmhwks@earthlink.net
Attorney for Plaintiff

## IN THE DISTRICT COURT OF POTTAWATOMIE COUNTY, KANSAS

| | |
|---|---|
| MARY UBEL, )<br>)<br>                    Plaintiff, )<br>)<br>vs. )<br>) | Case No. 2020 CV 39 |

GREAT AMERICAN ALIANCE INSURANCE      )
COMPANY,                                                        )
                                                                        )
                    Defendant.               )
_____)

Pursuant to Chapter 60 of K.S.A.


## FIRST AMENDED PETITION

COME NOW the plaintiff and for her claim against the defendant alleges and states:

1. The plaintiff is a resident of Pottawatomie County, Kansas.

2. The defendant is an insurance company as defined by K.S.A. 40-201, and may be

   served with summons by serving the Insurance Commissioner of the State of Kansas,

   pursuant to K.S.A. 60-304(g).

3. At all times material hereto the plaintiff was a named insured on a policy of

   insurance issued by the defendant with policy number APK E497853 00 00.

4. The insurance policy in question provided coverage for damage to property owned

1

by the plaintiff in Pottawatomie County.

5.  The covered property included a structure containing an arena used for training horses.

6.  On or about December 20, 2019, the arena received major damage due to sprinkler failure.

7.  The loss was timely reported by plaintiff to defendant.

8.  The plaintiff has allowed multiple inspections of the arena by representatives of the defendant.

9.  The plaintiff has submitted to an examination under oath.

10. Plaintiff has submitted invoices and estimates for damage repair to the arena in a timely manner.

11. Plaintiff has fully cooperated with the defendant and met all conditions of the insurance policy.

12. The defendant has negligently refused without just cause or excuse to pay the full amount of the covered loss by plaintiff.

13. Defendant has breached its contract of insurance with plaintiff.

WHEREFORE, plaintiff prays for judgment, including plaintiff's attorney's fees, and costs, in an amount in excess of $75,000.00.

Respectfully Submitted;

 /s/ Jerry K. Levy
Jerry K. Levy, #06591
Law Offices of Jerry K. Levy, P.A.
4840 Bob Billings Parkway, Suite 1010
Lawrence, Kansas 66049
Telephone: 785-749-1323
Fax: 785-749-1202
Attorney for Plaintiff

DEMAND FOR JURY TRIAL

COMES NOW plaintiff, Mary Ubel, by and through her attorney of record and hereby

demands a trial by jury on all issues.

 /s/ Jerry K. Levy
Jerry K. Levy, #06591

ELECTRONICALLY FILED
2020 Aug 05 AM 11:22
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000039

**STATE OF KANSAS**
**DEPARTMENT OF INSURANCE**

# COMMISSIONER'S PROOF OF SERVICE

Mary Ubel                                            Case No.  2020-CV-000039

Plaintiff

VS.

Great American Insurance Group                       District Court
                                                     Pottawatomie County
Defendant                                            Westmoreland, Kansas

I, Vicki Schmidt, Commissioner of Insurance, do hereby certify that on August 3, 2020, I received the Alias

Summons and First Amended Petition in the above captioned case.

Pursuant to K.S.A. 40-218, a copy thereof was forwarded by certified mail, return receipt requested to:

Great American Alliance
Insurance Company
Attn:  Sue A. Erhart
301 E. 4th Street
Cincinnati, OH  45202

DISPOSITION:  Clerk is to indicate final disposition on second copy and forward same to:  KANSAS COMMISSIONER

OF INSURANCE, 1300 SW ARROWHEAD ROAD, TOPEKA, KANSAS, 66604.



IN WITNESS WHEREOF, I have hereunto set my hand and
affixed my Official Seal at the City of Topeka, this 3rd day of
August, 2020.

Vicki Schmidt
Commissioner of Insurance

BY:

Justin L. McFarland
General Counsel



Mary Ubel

vs.

Great American Insurance Group

ELECTRONICALLY FILED
2020 Jul 29 PM 2:28
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-000039

### ALIAS SUMMONS

## Chapter 60 - Service by Attorney or Process Server

To the above-named Defendant/Respondent:

**Great American Alliance Insurance Company**
**C/O Insurance Commissioner, 1300 S.W. Arrowhead Rd**
**Topeka, KS  66604**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Jerry K. Levy
Jerry K. Levy
4840 Bob Billings, Suite 1010
Lawrence, KS 66049

within 40 days after service of summons on you.

*Sherry Hovenest*

Clerk of the District Court
Electronically signed  on 07/29/2020 03:56:00 PM

**Documents to be served with the Summons:**
PLE: Amended Petition First Amended Petition

ELECTRONICALLY FILED
2020 Aug 04 PM 3:24
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000039

## IN THE DISTRICT COURT OF POTTAWATOMIE COUNTY, KANSAS

MARY UBEL,

|                                          |                                    |
| ---------------------------------------- | ---------------------------------- |
| Plaintiff,                               | Case No.   2020-CV-0000039         |
| v.                                       | Chapter 60                         |
| GREAT AMERICAN INSURANCE GROUP, et al.,  |                                    |
| Defendants.                              |                                    |

## ENTRY OF APPEARANCE

**COMES NOW** Kevin E. Miller of the law firm of Baty Otto Coronado PC, and hereby enters his appearance on behalf of Defendants Great American Insurance Group and Great American Alliance Insurance Company in the above-entitled case.

Respectfully submitted,

**BATY OTTO CORONADO PC**

/s/  Kevin E. Miller
Mark D. Katz            KBN 12745
Kevin E. Miller         KBN 27259
4600 Madison Avenue, Suite 210
Kansas City, MO 64112
Telephone: (816) 531-7200
Facsimile:  (816) 531-7201
mkatz@batyotto.com
kmiller@batyotto.com
ATTORNEYS FOR DEFENDANTS

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed with the Court via the its electronic filing system on August 4, 2020 causing a copy to be electronically distributed to all parties of record.

/s/  Kevin E. Miller
Attorney for Defendant

ELECTRONICALLY FILED
2020 Aug 04 PM 2:59
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000039

## IN THE DISTRICT COURT OF POTTAWATOMIE COUNTY, KANSAS

MARY UBEL,

                    Plaintiff,

v.

GREAT AMERICAN INSURANCE GROUP,
et al.

                    Defendants.

Case No.   2020-CV-0000039

Chapter 60

### ENTRY OF APPEARANCE

**COMES NOW** Mark D. Katz of the law firm of Baty Otto Coronado PC, and hereby enters his appearance on behalf of Defendants Great American Insurance Group and Great American Alliance Insurance Company in the above-entitled case.

                    Respectfully submitted,

                    **BATY OTTO CORONADO PC**

                    /s/  Mark D. Katz

                    Mark D. Katz        KBN 12745
                    Kevin E. Miller       KBN 27259
                    4600 Madison Avenue, Suite 210
                    Kansas City, MO 64112
                    Telephone: (816) 531-7200
                    Facsimile:  (816) 531-7201
                    mkatz@batyotto.com
                    kmiller@batyotto.com
                    ATTORNEYS FOR DEFENDANTS

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed with the Court via the its electronic filing system on August 4, 2020 causing a copy to be electronically distributed to all parties of record.

/s/  Mark D. Katz
Attorney for Defendant

Jerry K. Levy, #06591
Law Offices of Jerry K. Levy, P.A.
4840 Bob Billings Parkway, Suite 1010
Lawrence, Kansas 66049
Telephone: 785-749-1323
Fax: 785-749-1202
bkmhwks@earthlink.net
Attorney for Plaintiff

### IN THE DISTRICT COURT OF POTTAWATOMIE COUNTY, KANSAS

| | |
|---|---|
| MARY UBEL,                             ) | |
|                                        ) | |
|                 Plaintiffs,            ) | |
|                                        ) | |
| vs.                                    ) | |
|                                        ) | Case No. 2020 CV 39 |
| GREAT AMERICAN ALLIANCE INSURANCE      ) | |
| COMPANY,                               ) | |
|                                        ) | |
|                 Defendant.             ) | |
| _____  _____) | |

Pursuant to Chapter 60 of K.S.A.

### <u>NOTICE OF SERVICE OF DISCOVERY</u>

Counsel for plaintiff hereby notifies the Court that on the 5th day of August, 2020, he submitted an original of Plaintiff's First Request for Production of Documents; and, Plaintiff's First Interrogatories to Defendant, via electronic transmission (e-mail), to the following:

>   Mark D. Katz # 12745
>   Kevin E. Miller # 27259
>   BATY OTTO CORONADO PC
>   4600 Madison Avenue, Suite 210
>   Kansas City, MO 64112
>   Telephone: (816) 531-7200
>   Facsimile: (816) 531-7201
>   mkatz@batyotto.com
>   kmiller@batyotto.com
>   ATTORNEYS FOR DEFENDANTS

1

Respectfully submitted,

/s/ Jerry K. Levy

Jerry K. Levy, # 06591
Law Offices of Jerry K. Levy, P.A.
4840 Bob Billings Parkway – Suite 1010
Lawrence, KS  66049
785.749.1323  (Phone)
785.749.1202  (Fax)
bkmhwks@earthlink.net
**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2020, a true and exact copy of the above

and foregoing was sent via electronic transmission (e-mail) to the following:

Mark D. Katz # 12745
Kevin E. Miller #27259
BATY OTTO CORONADO PC
4600 Madison Avenue, Suite 210
Kansas City, MO 64112
Telephone: (816) 531-7200
Facsimile: (816) 531-7201
mkatz@batyotto.com
kmiller@batyotto.com
ATTORNEYS FOR DEFENDANTS.

/s/ Jerry K. Levy

Jerry K. Levy

2