### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### TOPEKA DIVISION

| | |
|---|---|
| MARY UBEL,<br><br>        Plaintiff,<br><br>v.<br><br>GREAT AMERICAN ALLIANCE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 5:20-cv-04042 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

MARY UBEL, Plaintiff, and GREAT AMERICAN ALLIANCE INSURANCE COMPANY, Defendant, mutually agree and stipulate that the above-captioned cause be dismissed with prejudice to the refiling thereof in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure as follows:

- Plaintiff and Defendant stipulate to the dismissal with prejudice of Mary Ubel's claims against Great American Alliance Insurance Company; and

- Plaintiff and Defendant stipulate to the dismissal with prejudice of Great American Alliance Insurance Company's declaratory judgment action against Mary Ubel.

Each party shall bear her or its own respective costs and fees in relation to the above-referenced causes of action.

Respectfully submitted,

| **LAW OFFICES OF JERRY K. LEVY, P.A.** | **BATY OTTO CORONADO PC** |
|---|---|
| /s/ Jerry K. Levy | /s/ Mark D. Katz |
| Jerry K. Levy           KBN 06591 | Mark D. Katz           KBN 12745 |
| 4840 Bob Billings Parkway, Suite 1010 | Kevin E. Miller         KBN 27259 |
| Lawrence, Kansas 66049 | 4600 Madison Avenue, Suite 210 |
| Telephone: (785) 749-1323 | Kansas City, MO 64112 |
| Facsimile: (785) 749-1202 | Telephone: (816) 531-7200 |
| bkmhwks@earthlink.net | Facsimile: (816) 531-7201 |
| ATTORNEY FOR PLAINTIFF | mkatz@batyotto.com |
| | kmiller@batyotto.com |
| | ATTORNEYS FOR DEFENDANT |